4 So.2d 192

### A. D. EASON v. STATE.

5 Div. 353.

Supreme Court of Alabama.

Oct. 9, 1941.

Richard H. Cocke, of Alexander City, and John J. Pruet, of Ashland, for petitioner.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of A. D. Eason for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Eason v. State, 4 So. 2d 190.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ., concur.